**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7692**

FLOYD JOYNER, SR.,

       Plaintiff - Appellant,

    v.

SHARON JONES, Clerk Isle of Wight Circuit Court; ANTOINETTE
E. TUCKER, Office of the Public Defender,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:14-cv-01771-LO-MSN)

Submitted:  March 17, 2016      Decided:  March 21, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Floyd Joyner, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Joyner, Sr., seeks to appeal the district court's order dismissing his complaint for failure to state a claim under 28 U.S.C. § 1915A(b) (2012). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was filed on April 30, 2015, and entered on the docket on May 1, 2015. The notice of appeal was filed on October 14, 2015. Because Joyner failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Joyner's motions for default judgment and to amend and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED